760

the Second Circuit denied. *Messrs. Mark W. Maclay, Goldthwaite H. Dorr,* and *John Tilney Carpenter* for petitioner. *Mr. Roscoe H. Hupper* for respondents.

No. 849. GRAHAM-BROWN SHOE CO. ET AL. *v.* HOLLIDAY, ALLEGED TRUSTEE. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Lee Gammage Carter* for petitioners. No appearance for respondent.

No. 867. CITY OF NEW YORK *v.* CRANFORD CO. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Arthur J. W. Hilly* and *J. Joseph Lilly* for petitioner. *Messrs. Franklin Nevius, Asa B. Kellogg,* and *Harvey D. Jacob* for respondent.

No. 652. LIVE STOCK NATIONAL BANK *v.* UNITED STATES. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. Robert Sherrod* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, John Vaughan Groner,* and *Paul D. Miller* for the United States.

No. 757. NEWMAN, SAUNDERS & CO., INC., *v.* UNITED STATES. May 26, 1930. Petition for writ of certiorari to the Court of Claims denied. *Mr. Bernhard Knollenberger* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Claude R. Branch* for the United States.